UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                Case No. 6:08−bk−09355−ABB
                                                         Chapter 7

Marlene A Stephens
aka Marlene Anita Stephens
3229 King George Drive
Orlando, FL 32835

      Debtor(s)      /

ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION

   It appearing to the Court that Emerson C Noble, trustee in the above entitled case has filed a final report of no distribution and that said trustee has performed all other required duties in the administration of this estate. . Accordingly it is:

   ORDERED:

   1. The report of the trustee is hereby approved and that the estate is closed.

   2. The trustee is discharged and relieved of her/his trust.

   3. All deficient pleadings that have not been cured are considered moot.

     DONE AND ORDERED on February 6, 2009 .

                                                          Arthur B. Briskman
                                                          United States Bankruptcy Judge